JULIUS B. DE MESQUITA, Respondent, *v.* THE HERBERT KAUFMANN AND HANDY COMPANY, Appellant.

*de Mesquita* v. *Kaufmann and Handy Co.*, 154 App. Div. 886, appeal dismissed.

(Argued February 24, 1913; decided March 4, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1912, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for services.

The motion was made upon the ground that the appeal was unauthorized, the affirmance by the Appellate Division having been unanimous and permission to appeal not having been obtained.

*Milton Dammann* for motion.

*Thorndike Saunders* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.